UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GONZALO ARAMBULA,<br><br>    Petitioner,<br><br> v.<br><br>ROY A. CASTRO, Warden,<br><br>    Respondent. | Case No. CV 07-1442-AHM (JTL)<br><br>**J U D G M E N T** |

In accordance with the Report and Recommendation of the United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the First Amended Petition for Writ of Habeas Corpus is dismissed without prejudice.

DATED: April 2, 2008

                A. HOWARD MATZ
                UNITED STATES DISTRICT JUDGE